JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT JESUS PADILLA, | ) **CASE NO. CV13-0350 VAP (AGR)** |
|---|---|
| | ) *Hon. Virginia A. Phillips - Ctrm. 2 (RIVERSIDE)* |
| | ) *Hon. Mag Alicia G. Rosenberg.- Ctrm.B, 8th Fl* |
| Plaintiff, | ) |
| | ) **[PROPOSED]** |
| v. | ) **ORDER RE DISMISSAL** |
| | ) |
| CITY OF LOS ANGELES, DOES 1-10 INCLUSIVE, | ) |
| | ) |
| | ) |
| Defendants. | ) |

The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the plaintiff's complaint be dismissed with prejudice.

Dated: _May 2, 2014

_____
HON. VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE

1